**BOND RECOMMENDATION: None**  CAP/spl
AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

WILLIE WILLIAMS

**WARRANT FOR ARREST**

CASE NUMBER: 6:08-cr-179-Orl-31GJK

**To: The United States Marshal
and any Authorized United States Officer**

RECEIVED U.S. MARSHAL
MD/FL ORLANDO
2008 JUL 30 AM 11:08

YOU ARE HEREBY COMMANDED to arrest WILLIE WILLIAMS and bring him forthwith to the nearest magistrate to answer an

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with Bank Fraud.

In violation of Title 18, United States Code, Sections 1344.

_Deputy Clerk_
Title of Issuing Officer

Name & Title of Judicial Officer
J. McCLUNG
Signature of Issuing Officer

8-7-08 @ Orlando, FL
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Orlando, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/07/08 | SA Jeffrey Starnes | Jeffrey Starnes |
| DATE OF ARREST 08/08/08 | | |