UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA                              CASE No. 6:08-cr-179

V.

WILLIE WILLIAMS
_____/

## WAIVER OF SPEEDY TRIAL

The defendant, through his attorney, waives speedy trial, and further states as follows:

1. Undersigned has been unable to contact defendant to sign his speedy trial waiver since the two numbers Defendant provided undersigned to contact him are disconnected.

2. Defendant and undersigned previously discussed a possible continuance in this matter and Defendant indicated he wanted to seek a continuance, with the understanding that a speedy trial waiver would be required for a continuance.

3. Undersigned has knowledge of his client's circumstances and has had sufficient communication with his client to waive speedy trial on his client's behalf.

WHEREFORE, Defendant waives speedy trial through his counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing has been furnished to Carlos Perez-Irizarry, Assistant U.S. Attorney through the CM-ECF system.

*/s/ Scott Harrison*
A. Scott Harrison
FBN 0073806
1801 Lee Road, Suite 360
Winter Park, FL  32789
(407) 644-0134
scott@harrisonlaw.net