# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                        Case No.  6:08-cr-179-Orl-31GJK

**ERIC HOOKS #4**
**WILLIE WILLIAMS #6**                                      AUSA: Carlos Perez
                                                            Defense Atty.: Michael Nielsen
                                                            Scott Harrison

| JUDGE | **Gregory J. Kelly** United States Magistrate Judge | DATE AND TIME | **December 11, 2008** 10:05-11:00 |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | TAPE/REPORTER | digital |
| INTERPRETER | | PRETRIAL/PROB: | No One Present |

## CLERK'S MINUTES
## CHANGE OF PLEA

Case called, appearances made, procedural setting by court
Dfts sworn
Gov summarizes charges/elements of the case
Gov summarizes penalties
Dfts advised of supervised release
Dfts advised of sentencing guidelines
Dfts advised of presentence investigation reports
Dfts advised of waivers of rights to appeal
Dfts advised of right to trials
Gov states facts it would prove at trial
Dft Hooks pleads guilty to counts 36, 37 and 38 of the indictment
Dft Williams pleads guilty counts 11, 12 and 13 of the indictment
Court finds dfts competent
Court to enter reports and recommendations
Court adjourned