**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                                                                    Case No.  6:08-cr-179-Orl-31GJK

**WILLIE WILLIAMS**

_____

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which both parties have filed their Notice of No Objection thereto (Doc. No. 161 and 162), the plea of guilty of the defendant to Counts 11, 12, and 13 of the Indictment are now accepted and the defendant is adjudged guilty of such offenses.  A sentencing hearing has been scheduled for **April 3, 2009 at 1:45 p.m.**, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on December 12, 2008.

Copies to:

U. S. Attorney's Office
Attorney for Defendant

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE