**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


Apr. 21, 2009
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

-vs-                                                                 Case No. 6:08-cr-179-Orl-31GJK

WILLIE WILLIAMS

_____

## ACKNOWLEDGMENT OF RIGHT TO APPEAL

I, **WILLIE WILLIAMS**, have been fully advised by the Court of my right to appeal and understand that I will have waived my right to appeal in this case unless I file a notice of appeal (i) within ten (10) days after entry of the judgment or order appealed from or (ii) within ten (10) days after the filing of a timely notice of appeal by the Government, if the Government files an appeal.

I further understand that my attorney may file the notice of appeal or that I may appeal by notifying personally the Clerk of the Court of my desire to appeal in sufficient time to allow the Clerk to file the notice before the expiration of the above-mentioned ten (10) day period.

I have been advised of my right to be represented by counsel for the appeal and understand that I may have counsel appointed by the Court to represent me on the appeal at no cost to me if I am unable to afford counsel.

I further acknowledge that I understand this document and that either I have read this Acknowledgment of Right to Appeal or that it has been read to me.

DATED in Orlando, Florida on this ____21____ day of April, 2009.

_____
WILLIE WILLIAMS