UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.   ) | CASE NO.  6:08-CR-179-ORL-31GJK |
| ) | |
| WILLIE WILLIAMS ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**
**FOR THE UNITED STATES OF AMERICA**

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney hereby enters her appearance as an additional attorney for the United States of America in this case as to all post-judgment issues and requests that the Court e-mail all notices to the undersigned, in addition to all other attorneys of record for the United States.

The clerk is requested to enter the appearance of the undersigned as an additional counsel of record for the United States.

        Respectfully submitted,

        A. BRIAN ALBRITTON
        United States Attorney

By:   s/ Patricia A. Willing
       PATRICIA A. WILLING
       Assistant United States Attorney
       Florida Bar Number 340251
       ATTN: Cierra M. Barker
       Financial Litigation Unit
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone:  (813) 274-6038
       Facsimile:   (813) 274-6247
       E-mail:      FLUDocket.mailbox@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    None

I FURTHER CERTIFY that on July 30, 2009, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Willie Williams
    Orlando, Florida 32811

[Street address omitted in compliance with this Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, but full address used on service envelope.]

    s/ Patricia A. Willing
    PATRICIA A. WILLING
    Assistant United States Attorney